The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated: March 24 2020**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-33862 |
| | ) | |
| Danielle Mary Brown | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Judge John. P. Gustafson |

### ORDER RE: TELEPHONIC HEARING

This case is scheduled for Confirmation Hearing on April 7, 2020 at 9:30 AM. Due to ongoing public health concerns related to COVID-19, this matter will take place solely by telephone. Parties cannot appear in person.

**IT IS THEREFORE ORDERED** that the Confirmation Hearing set for **April 7, 2020 at 9:30 a.m.**, be held telephonically. Any party who wishes to be heard on the matter should provide chambers (419-213-5631) or the Courtroom Deputy (419-213-5607) with an acceptable telephone number 24 hours prior to the hearing date. **Parties cannot appear in person at the hearing.**