# PROCEEDING MEMO
# HONORABLE JOHN P. GUSTAFSON

In Re:     Case No. 19-33862-jpg
Danielle Mary Brown     Chapter 13

NATURE OF PROCEEDING:

Doc. #30 Application for Compensation for William J. Balena, Debtor's Attorney, Fee: $3,000.00, Expenses: $375.00. Filed by Attorney William J. Balena

APPEARANCES:
- ☐ Debtor(s)
- ☑ Atty for Debtor(s): William Balena (ph)
- ☐ Atty for Creditor:
- ☑ Trustee: Elizabeth A. Vaughan (ph)
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for

☑ HEARING HELD    ☐ EVIDENCE SUBMITTED    ☐ DISMISSED

☐ HEARING NOT HELD    ☐ TAKEN UNDER ADVISEMENT

☐ MOTION TO CONTINUE F/C _____ DAYS    ☐ MOTION CUT-OFF

☐ AGREED ENTRY ON OR BEFORE _____ DAYS

☐ STATUS REPORT ON OR BEFORE _____ DAYS    ☐ DISCOVERY CUT-OFF

☐ MOTION TO BE WITHDRAWN _____ DAYS

☐ OBJECTION TO BE WITHDRAWN _____ DAYS    ☐ FINAL PRE-TRIAL

☐ GRANTED    ☐ APPROVED    ☐ DISAPPROVED    ☐ TRIAL

☐ DENIED    ☐ WITH PREJUDICE    ☐ WITHOUT PREJUDICE

☐ SUSTAINED

☐ ADJOURNED TO _____

COMMENTS OF COURT:
Fees and expenses will be allowed in the amount requested for the reasons stated on the record.

HEARING DATE: 5/11/2020

FOR COURT USE ONLY
☐ Order Uploaded     ☐ Need Order     ☐ Return for Action