| In re: | Case No. 19-33862-jpg |
|---|---|
| Danielle Mary Brown | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0647-3　　　　　　　　　　User: mknei　　　　　　　　　　Page 1 of 2
Date Rcvd: Mar 28, 2022　　　　　　　Form ID: 233　　　　　　　　　　Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danielle Mary Brown, 5810 US Highway 20, Lot 64, Wakeman, OH 44889-8980 |
| 26359880 | + | Akron Billing Center, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 26359881 | + | Allied Waste/ RMS, P.O. Box 361348, Columbus, OH 43236-1348 |
| 26359882 | + | Bellevue Municipal Court, 3000 Seneca Industrial Parkway, Bellevue, OH 44811-8709 |
| 26359885 | + | DIVERSIFIED ADJ SV, 600 COON RAPIDS BLVD NW, Minneapolis, MN 55433-5549 |
| 26359887 | + | Fireland Radiology Fidelity Collection, 54 Executive Drive, Norwalk, OH 44857-8504 |
| 26359889 | + | Gentle Caring Dentistry, 2430 Enterprise, Fremont, OH 43420-8556 |
| 26359891 | + | Hastings Mutual Insurance Co, 404 East Woodlawn, Hastings, MI 49058-1091 |
| 26359892 | #+ | Jason Finch, 2282 Geiger Road, Monroeville, OH 44847-9748 |
| 26427799 | + | Latitude Subrogation Services, PO Box 2167, Birmingham MI 48012-2167 |
| 26359894 | + | North Central EMS, 12513 U.S. Hwy 250 N, Milan, OH 44846-9546 |
| 26359895 | + | Porz and Porz, 709 Madison Ave #315, Toledo, OH 43604-6624 |
| 26359896 | + | Prestige Financial, 351 West Opportunity Way, Draper, UT 84020-1399 |
| 26359899 | + | State Collection and Recovery Services LLC, 136 Ridge Street N, #b, Monroeville, OH 44847-9469 |
| 26359901 | + | University Hospitals, 11100 Euclid Avenue, Cleveland, OH 44106-5000 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 26359883 | | Email/Text: bankruptcies@ccf.org | Mar 28 2022 20:41:00 | Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195 |
| 26359884 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2022 20:47:57 | Credit One Bank, P.O. Box 98872, Las Vegas , NV 89193-8872 |
| 26359886 | + | Email/Text: eblymiller@fidelitycollections.com | Mar 28 2022 20:41:00 | Fidelity Collection, 885 S SAWBURG Avenue, Alliance, OH 44601-5926 |
| 26359888 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 28 2022 20:48:07 | First Premier, 3820 N Louise Ave, Sioux Falls , SD 57107-0145 |
| 26359890 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 28 2022 20:41:00 | Great Lakes Higher Education, 2401 International Lane, Madison, WI 53704-3192 |
| 26374055 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2022 20:48:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 26397097 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2022 20:48:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26416748 | + | Email/Text: bankruptcy@gopfs.com | Mar 28 2022 20:42:00 | PRESTIGE FINANCIAL SERVICES, PO BOX 26707, SALT LAKE CITY, UT 84126-0707 |
| 26430835 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2022 20:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems |

| | | | |
| --- | --- | --- | --- |
| | | | LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 26359898 | Email/PDF: ais.sprint.ebn@aisinfo.com | Mar 28 2022 20:48:06 | Sprint, P.O. Box 4191, Carol stream, IL 60197 |
| 26359897 | + Email/Text: dl-csgbankruptcy@charter.com | Mar 28 2022 20:42:00 | Spectrum, 4145 S Falkenburg rd, Rivervirw, FL 33578-8652 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26359893 | ##+ | Latitude Subrogation Services, P.O. Box 7932, Bloomfield Hills, MI 48302-7932 |
| 26359900 | ##+ | Triple J Towing, 2115 Hayes Ave., Fremont, OH 43420-2630 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com toledo13@ecf.epiqsystems.com |
| William J. Balena | on behalf of Debtor Danielle Mary Brown docket@ohbksource.com janet@ohbksource.com |

TOTAL: 2

Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604
**Case No. 19−33862−jpg**

**In re:**
   Danielle Mary Brown
   **Aka −**Danielle Watson
   5810 US Highway 20
   Lot 64
   Wakeman, OH 44889

**Social Security No.:**
   xxx−xx−2489

## NOTICE OF HEARING ON MOTION TO MODIFY PLAN

Danielle Mary Brown, Debtor filed papers with the Court requesting modification of her confirmed Plan.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before April 19, 2022 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must also mail a copy to:**

**Trustee**
Elizabeth A. Vaughan
Office of the Chapter 13 Trustee
316 N. Michigan Street #501
Toledo, OH 43604

**Debtor's Attorney**
William J. Balena
Balena Law Firm LLC
31369 Saint Andrews
Westlake, OH 44145

**Movant's Attorney**
Attorney for Debtor

**And attend the hearing scheduled for:**
Tuesday, April 26, 2022 at 11:00 am
1716 Spielbusch Ave, Courtroom #1 RM 119
Toledo, OH 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** March 28, 2022                                       For the Court
Form ohnb233                                             Josiah C. Sell, Clerk